**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____ Chapter **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **KAMU LABS INC.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **85-0776064** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1017 Black Mountain Rd.** **Hillborough, CA 94010** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **San Mateo** County | **Location of principal assets, if different from principal place of business** **18143 Oak Tree Road Nevada City, CA 95959** Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____

District _____ When _____  Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million        ☐ $100,000,001 - $500 million      ☐ More than $50 billion

| Debtor | KAMU LABS INC. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 7, 2023**
                MM / DD / YYYY

**X** **/s/ Jonathan Harris**                         **Jonathan Harris**
     Signature of authorized representative of debtor         Printed name

Title    **President/Chairman/CEO**

**18. Signature of attorney**

**X** **/s/ Gregory A. Rougeau**             Date   **December 7, 2023**
     Signature of attorney for debtor                   MM / DD / YYYY

**Gregory A. Rougeau 194437**
Printed name

**Brunetti Rougeau LLP**
Firm name

**235 Montgomery Street, Suite 830**
**San Francisco, CA 94104**
Number, Street, City, State & ZIP Code

Contact phone   **(415) 992-8940**     Email address   **grougeau@brlawsf.com**

**194437 CA**
Bar number and State

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**           

DocuSign Envelope ID: B7023FE7-F05D-47ED-8291-95E5B8ACCB0C

## RESOLUTION

### September 26, 2023

In conformity with Section 141(f) of the General Corporation Law of the State of Delaware (the "DGCL"), the undersigned, being all of the members of the board of directors (the "Board") of KAMU Labs Inc., a Delaware corporation (the "Corporation"), hereby consent to and adopt the following resolutions and actions by written consent.

WHEREAS, the Corporation is in serious financial condition and is unable to continue without debt relief; and

WHEREAS, it appears to the Corporation's Board of Directors that it is in the best interests of the Corporation, its shareholders, and creditors, to commence a case under Chapter 7 of Title 11, United States Bankruptcy Code (the "Bankruptcy Code");

NOW, THEREFORE, be it hereby resolved, that the Board finds and determines that it is in the best interest of the Corporation, its shareholders, and creditors, to commence a case under Chapter 7 of Title 11 of the Bankruptcy Code;

BE IT FURTHER RESOLVED that the Directors be, and each of them hereby is, empowered and directed without further action to prepare, sign and file, or cause to be prepared, signed and filed, a petition for the commencement of a case under Chapter 7 of the Bankruptcy Code, in the United States Bankruptcy Court for the Northern District of California;

BE IT FURTHER RESOLVED that Jonathan Harris, Chief Executive Officer of the Corporation, is designated and authorized to act as the "Authorized Individual" for the signing of the Chapter 7 Voluntary Petition and as the Corporation's "Responsible Individual" as may be required by the Local Bankruptcy Rules for the Northern District of California, and

1

DocuSign Envelope ID: B7023FE7-F05D-47ED-8291-95E5B8ACCB0C

BE IT FURTHER RESOLVED that the Directors and agents of the Corporation are authorized, empowered and directed to retain the law firm of Brunetti Rougeau LLP, to commence the aforementioned Chapter 7 case, and to do all things, and to prepare, sign and file all papers or documents necessary or proper to the commencement of said Chapter 7 case; Brunetti Rougeau is authorized to take such actions in the bankruptcy case which Brunetti Rougeau, in its discretion, concludes are necessary to Brunetti Rougeau's and/or the Corporation's fulfillment of its fiduciary obligations in the bankruptcy case.

BE IT FURTHER RESOLVED that this Resolution and its terms hereunder shall remain in effect unless otherwise agreed upon or amended by the Directors.

IN WITNESS WHEREOF, the undersigned have executed this Resolution as of the date first set forth above.

DocuSigned by:

116080680ED5463...
Jonathan Harris

DocuSigned by:

990029E7F4464E1...
Robyn Caywood

2

# United States Bankruptcy Court
## Northern District of California

In re   **KAMU LABS INC.** _____

Debtor(s)

Case No. _____

Chapter   **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **KAMU LABS INC.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December  7, 2023** _____

Date

**/s/ Gregory A. Rougeau** _____

**Gregory A. Rougeau 194437**

Signature of Attorney or Litigant

Counsel for   **KAMU LABS INC.** _____

**Brunetti Rougeau LLP**

**235 Montgomery Street, Suite 830**
**San Francisco, CA 94104**
**(415) 992-8940 Fax:(415) 992-8915**
**grougeau@brlawsf.com**

# United States Bankruptcy Court
## Northern District of California

In re    **KAMU LABS INC.**

Debtor(s)

Case No. _____

Chapter    **7**

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.    The undersigned is the attorney for the debtor(s) in this case.

2.    The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
- a)    For legal services rendered or to be rendered in contemplation of and in connection with this case .................................... $ **7,500.00**
- b)    Prior to the filing of this statement, debtor(s) have paid .................. $ **7,500.00**
- c)    The unpaid balance due and payable is ................................ $ **0.00**

3.    $ **338.00**  of the filing fee in this case has been paid.

4.    The Services rendered or to be rendered include the following:
- a.    Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
- b.    Preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
- c.    Representation of the debtor(s) at the meeting of creditors.

5.    The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and **Jonathan Harris**

6.    The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and

7.    The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:

8.    The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:

Dated:    **December  7, 2023**

Respectfully submitted,

**/s/ Gregory A. Rougeau**

Attorney for Debtor: **Gregory A. Rougeau 194437**
**Brunetti Rougeau LLP**
**235 Montgomery Street, Suite 830**
**San Francisco, CA 94104**
**(415) 992-8940  Fax: (415) 992-8915**
**grougeau@brlawsf.com**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re                                                    Case No.

**KAMU LABS INC.**

_____   Debtor(s).   _____   /

## CREDITOR MATRIX COVER SHEET

    I declare that the attached Creditor Mailing Matrix, consisting of __3__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **December 7, 2023**

**/s/ Gregory A. Rougeau**
_____
Signature of Debtor's Attorney or Pro Per Debtor

California State Board of Equalization
Account Information Group, MIC:29
P.O. Box 942879
Sacramento, CA 94279-0029


Claire Cochran
Law Offices of Claire Cochran
100 Pine Street, Suite 1250
San Francisco, CA 94111


Electric Owl Studio, Inc.
11611 Brook Lane
Truckee, CA 96161


Employment Development Department
7677 Oakport St., Suite 400
Oakland, CA 94621


Employment Development Dept.
Bankruptcy Unit- MIC 92E
P.O. Box 826880
Sacramento, CA 94280


Franchise Tax Board
Bankruptcy Unit
P.O.Box 2952
Sacramento, CA 95812


Franchise Tax Board
P.O. Box 1673
Sacramento, CA 95812


Franchise Tax Board
P.O. Box 942867
Sacramento, CA 94267-0011

Hollister Interactive Group, LLC
2726 Bush St
San Francisco, CA 94115


Internal Revenue Service
Special Procedures Section
1301 Clay St., Stop 1400S
Oakland, CA 94612


Internal Revenue Service
P.O. Box 105416
Atlanta, GA 30348-5416


Internal Revenue Service
Ogden, UT 84201-0030


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Jonathan Harris
1017 Black Mountain Road
Hillsborough, CA 94010


Robyn Caywood
578 Sutton Way, #116
Grass Valley, CA 95945


San Mateo Tax Collector
1st Floor, 555 County Center
Redwood City, CA 94063

Secretary of State
State of California
1500 11th Street
Sacramento, CA 95814


Securities and Exchange Commission
Attn: Bankruptcy Counsel
5670 Wilshire Blvd., Floor 11
Los Angeles, CA 90036